BOB L. OLSON, ESQ.
Nevada Bar No. 3783
LESLIE S. GODFREY, ESQ.
Nevada Bar No. 10229
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
olsonb@gtlaw.com
godfreyl@gtlaw.com
*Attorneys for Bank of North Las Vegas*

Electronically Filed September 14, 2011

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

VENTO FAMILY TRUST,

Debtor.

Case No. BK-S-10-33909-MKN

Chapter 11

**DECLARATION OF BOB L. OLSON IN SUPPORT OF BANK OF NORTH LAS VEGAS' OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT**

Hearing Date: September 28, 2011
Hearing Time: 9:30 a.m.

I, Bob L. Olson, declare under penalty of perjury as follows:

1. I am over the age of 18, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. I am an attorney at law that is licensed to practice law within the State of Nevada and before this Court.

3. I am counsel for Bank of North Las Vegas in the above-captioned bankruptcy.

4. I have personal knowledge of the facts described in this Declaration, except for those facts stated to be based upon information and belief. If called to do so, I would truthfully and competently testify to the truth of the facts stated in this Declaration, except for those facts stated to be based upon information and belief.

-1-

*132478.010100 419,530,226 1 LV*

5. I make this Declaration in Support of Bank of North Las Vegas' Objection to Debtor's Disclosure Statement ("Objection").

6. Attached hereto as **"Exhibit 1"** are excerpts from the miniscript version of Volume 1 from the 2004 Examination of Carmine Vento conducted on July 29, 2011, portions of which are described in the Objection.

7. Attached hereto as **"Exhibit 2"** are excerpts from the miniscript version of the 2004 Examination of Ann Vento conducted on August 19, 2011, portions of which are described in the Objection.

8. Attached hereto as **"Exhibit 3"** are excerpts from the miniscript version of Volume 2 from the 2004 Examination of Carmine Vento conducted on August 11, 2011, portions of which are described in the Objection.

9. Attached hereto as **"Exhibit 4"** is a June 25, 2009 correspondence from Solomon Dwiggins & Freer, Ltd., together with attachments it contained, which is described in the Objection.

10. Attached hereto as **"Exhibit 5"** is a Real Property Parcel Detail document from the Clark County Assessor's Office website detailing a 6,230 square foot residential single family structure located at 362 San Papino Court, Enterprise, Nevada, which is described in the Objection.

11. Attached hereto as **"Exhibit 6"** is a Real Property Parcel Detail document from the Clark County Assessor's Office website detailing a 6,230 square foot residential single family structure located at 373 San Papino Court, Enterprise, Nevada, which is described in the Objection.

12. Attached hereto as **"Exhibit 7"** is a Real Property Parcel Detail document from the Clark County Assessor's Office website detailing a 1,705 square foot residential condominium located at 1362 Crystal Hill Lane, Unit 2, Henderson, Nevada, which is described in the Objection.

13. Attached hereto as **"Exhibit 8"** is a Real Property Parcel Detail document from the Clark County Assessor's Office website detailing a 10,111 square foot residential single family structure located at 1520 MacDonald Ranch Drive, Henderson, Nevada, which is described in the Objection.

1  I declare under penalty of perjury under the laws of the United States and the State of
2  Nevada that the foregoing is true and correct.
3  Executed this 14th day of September, 2011.

4

5                         */s/ Bob L. Olson*
                       BOB L. OLSON

Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2011, a true and correct copy of the foregoing was served by the following means to the persons as listed below:

☒    a.    ECF System

STEPHANIE H. ALLEN on behalf of Interested Party STEPHANIE ALLEN
sallen@kcnvlaw.com, mtice@kcnvlaw.com

GORDON E. BYWATER on behalf of Creditor Service1st Bank of Nevada
gbywater@sgblawfirm.com

TIMOTHY S. CORY on behalf of Debtor VENTO FAMILY TRUST
tim.cory@corylaw.us

JASON C. FARRINGTON on behalf of Debtor VENTO FAMILY TRUST
jason@corylaw.us, angie@corylaw.us

DANIEL T. FOLEY on behalf of Creditor Airport Plaza Phase 3 Owners' Association
dan@dfoleylaw.com, karin@dfoleylaw.com;betty@dfoleylaw.com

ROBERT R. KINAS on behalf of Creditor BANK OF NEVADA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com

TRACY O'STEEN on behalf of Creditor NEVADA COMMERCE BANK
tosteen@sheacarlyon.com,
wapplegate@sheacarlyon.com;kculross@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com;ltreadway@sheacarlyon.com

STEFANIE T. SHARP on behalf of Creditor City National Bank, N.A.
ssharp@rbsllaw.com, hdericco@rbsllaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JOSEPH G. WENT on behalf of Creditor BANK OF LAS VEGAS
jwent@klnevada.com, kdunn@klnevada.com;bankruptcy@klnevada.com

LISA M WILTSHIRE on behalf of Creditor FDIC as Receiver for Community Bank of Nevada
lwiltshire@mcdonaldcarano.com,
cstuchell@mcdonaldcarano.com;lstewart@mcdonaldcarano.com

          */s/ Joyce Heilich*
An employee of Greenberg Traurig, LLP

Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

-4-

*132478.010100 419,530,226 1 LV*